**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 233 EAL 2020
:
          Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
         v. :
:
:
ROBERT KANE, :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.